■ RICHARD A. WILLIAMSON, ESQ., as Successor Liquidating Trustee of LIPPER CONVERTIBLES, L.P., Respondent, v RICHARD I. BEATTIE, as Trustee of THE KRAVIS TRUST, Appellant. [836 NYS2d 870]—Appeal from order, Supreme Court, New York County (Karla Moskowitz, J.), entered on or about December 2, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Sullivan, McGuire and Malone, JJ.